UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD F. CHASE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV566 RWS |
| | ) |
| KATHY SCHMELDER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED that** Plaintiff's motion to strike Dr. Wallace Berkowitz's report and testimony [#58] is **DENIED** for the reasons stated on the record at today's pretrial hearing.

**IT IS FURTHER ORDERED that** the motions in limine filed by Plaintiff [#s 53, 54, 55, 56 and 57] and by Defendant [#63] are denied in part and granted in part for the reasons stated on the record at today's pretrial hearing.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of December, 2007.